**In the United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| In re: | ) | Case 14-04827 |
|    Mieczyslaw Jastrzebski, | ) | Chapter 7 |
|                               Debtor(s). | ) | Judge Pamela S. Hollis |

**Notice of Appearance**

The following parties have been served electronically:
- U.S. Trustee
- Chapter 7 Trustee

The following parties have been served via USPS first class mail, proper postage prepaid:
- Liberty Bank for Savings, c/o Codilis & Associates, P.C., 15W030 North Frontage Road, Ste 100, Burr Ridge, IL 60527-6921
- Liberty Bank for Savings, 2392 N Milwaukee, Chicago IL 60647-2979

- Mieczyslaw Jastrzebski, 5031 W Montana St, Chicago, IL 60639-241

Please take notice that attorney Nicholas C. Kefalos filed the attached **Appearance** on behalf of Debtor  Mieczyslaw Jastrzebski with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, on **8/29/2014**.

                                                      /s/      Nicholas C. Kefalos
                                        Nicholas C. Kefalos, ARDC #6270051
                                              Attorney for the Debtor(s)

**Certificate of Service**

The undersigned certifies that copies of this Notice and attachments were served to the persons or entities indicated above and on the attached service list, in the manner indicated, if service by mail, by depositing same in the U.S. Mail at 27 N. Wacker Drive, Chicago, IL 60606, before 5:00pm on **8/29/2014**  with proper postage prepaid.

                                                      /s/      Nicholas C. Kefalos
                                          Nicholas C. Kefalos, ARDC #6270051
                                             Attorney for the Debtor(s)

Vernor Moran, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
312-264-4460