Certificate Number: 05781-ILN-DE-024245272

Bankruptcy Case Number: 14-04827



05781-ILN-DE-024245272

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2014, at 10:31 o'clock AM PDT, Mieczyslaw Jastrzebski completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:    September 25, 2014                By:    /s/Allison M Geving

                                          Name:  Allison M Geving

                                          Title: President